## Commonwealth v. Zukowski, Appellant.

Submitted

September 12, 1969. *Michael J. Collins*, Assistant Public Defender, and *Peter J. Webby*, Public Defender, for appellant; *Blythe H. Evans, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.